UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br>　　　　Petitioner,<br>　　v.<br>ROBERT FOX,<br>　　　　Respondent. | Case No. 17-cv-03268-RS (PR)<br><br>**ORDER OF DISMISSAL** |

In 2015, petitioner filed a petition containing the same claims regarding the same state conviction at issue in the instant suit. (Case No. 15-4877.) The instant petition is therefore duplicative and accordingly is DISMISSED. If petitioner wishes to add any claims to the prior petition, he should file an amended petition in Case No. 15-4877 that includes all claims he wishes to pursue. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** June  9 , 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　United States District Judge